UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>　　1031 TAX GROUP, LLC, *et al.*<br><br>　　　　　　Debtors. | Chapter 11<br>Case No. 07-11448 (MG) |
| CORDELL FUNDING, LLLP and CORDELL CONSULTANTS INC., MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust,<br><br>　　　　　Appellants,<br><br>v.<br><br>THE 1031 TAX GROUP, LLC; 1031 ADVANCE 132 LLC; 1031 ADVANCE, INC.; 1031 TG OAK HARBOR LLC; AEC EXCHANGE COMPANY, LLC; ATLANTIC EXCHANGE COMPANY, INC.; ATLANTIC EXCHANGE COMPANY, LLC; INVESTMENT EXCHANGE GROUP, LLC; NATIONAL EXCHANGE ACCOMODATORS, LLC; NATIONAL EXCHANGE SERVICES QI, LTD; NRC 1031, LLC; REAL ESTATE EXCHANGE SERVICES, INC.; RUTHERFORD INVESTMENT LLC; SECURITY 1031 SERVICES, LLC; SHAMROCK HOLDINGS GROUP, LLC; and OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　Appellees. | Case No. |

**NOTICE OF APPEAL OF ORDER APPROVING AGREEMENT TO TRANSFER
INTERESTS AND ASSETS FOR THE BENEFIT OF BANKRUPTCY ESTATES**

　　Cordell Funding LLLP and Cordell Consultants Inc., Money Purchase Plan, a Qualified

Retirement Plan Trust (collectively "Cordell"), by and through their undersigned counsel, hereby

appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of

New York from the Order Approving Agreement to Transfer Interests and Assets for the Benefit

101906833.1

of Bankruptcy Estates (Docket No. 825), entered October 26, 2007[1], in the above-captioned Bankruptcy Proceeding, granting the Joint Motion for Approval of Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates and approving and authorizing the Chapter 11 Trustee to enter into, and effectuate, the Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates dated as of October 11, 2007 (the "Agreement").

The names of the parties to the Order appealed from, and the names, addresses and telephone numbers of their respective attorneys, are:

**APPELLANT:**          **Cordell Funding LLLP and Cordell Consultants Inc., Money Purchase Plan, a Qualified Retirement Plan Trust**

Represented by:

Douglas E. Spelfogel
Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email:  dspelfogel@bakerlaw.com
        rbernard@bakerlaw.com

**APPELLEES:**

**The Debtors**

Represented by:

Paul Traub
Norman Kinel
Steven E. Fox
DREIER LLP
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

---

[1] By Order entered on November 5, 2007 (Docket No. 843), the Bankruptcy Court extended the time to file a notice of appeal through and including November 19, 2007.

**Official Committee of Unsecured Creditors**

Represented by:

Thomas J. Weber
Melanie L. Cyganowski
Allen J. Kadish
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ADDITIONAL NOTICE PARTIES:**

**Gerard McHale, Chapter 11 Trustee**

Represented by:

David J. Eiseman
Jonathan L. Flaxer
Stacy H. Schneider
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

**United States Trustee**

Represented by:

Andrew D. Velez-Rivera
Greg M. Zipes
Serene K. Nakano
OFFICE OF THE U.S. TRUSTEE
U.S. Department of Justice
33 Whitehall Street
21st. Floor
New York, NY 10004
Telephone: (212) 510-0500
Facsimile: (212) 668-2255

**Simone Bolani**

Represented by:

Simone Bolani
394 S. Hibiscus Drive
Miami Beach, Florida 33139

**Edward Okun**

Represented by:

Howard Berlin
KLUGER, PERETZ, KAPLAN & BERLIN P.L.
201 S. Biscayne Blvd., Suite 1700
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

Janet M. Weiss
Robert K. Dakis
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York
Telephone: (212) 351-4000
Facsimile (212) 351-4035

Dated: November 19, 2007

Respectfully submitted,

*/s/ Douglas E. Spelfogel*
Douglas E. Spelfogel

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Douglas E. Spelfogel
Richard J. Bernard
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    1031 TAX GROUP, LLC, *et al.*<br><br>            Debtors. | Chapter 11<br>Case No. 07-11448 (MG) |
| CORDELL FUNDING, LLLP and CORDELL CONSULTANTS INC., MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust,<br><br>            Appellants,<br><br>v.<br><br>THE 1031 TAX GROUP, LLC; 1031 ADVANCE 132 LLC; 1031 ADVANCE, INC.; 1031 TG OAK HARBOR LLC; AEC EXCHANGE COMPANY, LLC; ATLANTIC EXCHANGE COMPANY, INC.; ATLANTIC EXCHANGE COMPANY, LLC; INVESTMENT EXCHANGE GROUP, LLC; NATIONAL EXCHANGE ACCOMODATORS, LLC; NATIONAL EXCHANGE SERVICES QI, LTD; NRC 1031, LLC; REAL ESTATE EXCHANGE SERVICES, INC.; RUTHERFORD INVESTMENT LLC; SECURITY 1031 SERVICES, LLC; SHAMROCK HOLDINGS GROUP, LLC; and OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>            Appellees. | Case No. |

**PROOF OF SERVICE**

This is to certify that, on November 19, 2007, I caused a copy of the Notice Of Appeal Of Order Approving Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates to be served upon counsel for those parties who are receiving electronic service and also served the parties set forth in the notice of appeal by facsimile and first class mail.  I declare that the above statements are true to the best of my knowledge, information and belief.

                                                                                    */s/ Elyssa Kates*                    
                                                                                    Elyssa Kates

101906833.1