UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

THE 1031 TAX GROUP, LLC, et al.,

 Debtors.

Chapter 11

Case No. 07-B-11448 (MG)
Jointly Administered

------------------------------------------------------------x
CORDELL FUNDING, LLLP AND CORDELL
CONSULTANTS INC., MONEY PURCHASE
PLAN, a Qualified Retirement Plan Trust,

                  Appellants,

   v.

THE 1031 TAX GROUP, LLC; 1031 ADVANCE
132 LLC; 1031 ADVANCE, INC.; 1031 TG OAK
HARBOR LLC; AEC EXCHANGE COMPANY,
LLC; ATLANTIC EXCHANGE COMPANY,
INC.; ATLANTIC EXCHANGE COMPANY,
LLC; EXCHANGE MANAGEMENT, LLC;
INVESTMENT EXCHANGE GROUP, LLC;
NATIONAL EXCHANGE ACCOMODATORS,
LLC; NATIONAL EXCHANGE SERVICES
QI, LTD; NATIONAL INTERMEDIARY,
LTD; NRC 1031, LLC; REAL ESTATE
EXCHANGE SERVICES, INC.; RUTHERFORD
INVESTMENT LLC; SECURITY 1031
SERVICES, LLC; SHAMROCK HOLDINGS
GROUP, LLC; and OFFICIAL COMMITTEE
OF UNSECURED CREDITORS,

                  Appellees.
------------------------------------------------------------x

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN RECORD ON APPEAL**

Appellees The 1031 Tax Group, LLC; 1031 Advance 132 LLC; 1031

Advance, In.; 1031 TG Oak Harbor LLC; AEC Exchange Company, LLC; Atlantic

408229.3

Exchange Company, Inc.; Atlantic Exchange Company, LLC; Exchange Management, LLC; Investment Exchange Group, LLC; National Exchange Accommodators, LLC; National Exchange Services QI, Ltd; National Intermediary, Ltd; NRC 1031, LLC; Real Estate Exchange Services, Inc.; Rutherford Investment LLC; Security 1031 Services, LLC; Shamrock Holdings Group, LLC, all of whom are debtors in *In Re The 1031 Tax Group, LLC, et al.*, Case Nos. 07-B-11448 (MG) (Jt. Admin.) (Bkcy. S.D.N.Y.), by and through counsel for the Chapter 11 Trustee appointed in these cases, Gerard A. McHale, Jr., hereby designate the following additional items to be included in the record on appeal in connection with the Notice of Appeal dated November 19, 2007 and Appellants' Statement of Issues and Designation of Items To Be Included in Record on Appeal dated November 29, 2007, filed by Cordell Funding LLLP and Cordell Consultants Inc., Money Purchase Plan, a Qualified Retirement Plan Trust (together, "Cordell").

| Court Case No. | Date | Docket No. | Description |
| --- | --- | --- | --- |
| Bankruptcy 07-11448 | | Attached hereto as Exhibit A | Copy of docket through 12/7/07 |
| Bankruptcy 07-11448 | 10/16/07 | 737; 762 | Memorandum of Law in Support of Joint Motion of Approval of Agreement to Transfer Interest and Assets for the Benefit of Bankruptcy Estates, with Affidavit of Service |
| Bankruptcy 07-11448 | 10/16/07 | 743 | Affidavit of James Feltman in Support of Joint Motion for Approval of Agreement to Transfer Interest and Assets for the Benefit of Bankruptcy Estates, with Exhibits (marked as Committee's Exhibit 1 at 10/23/07 hearing) |

408229.3

| | | | |
|---|---|---|---|
| Bankruptcy 07-11448 | 10/19/07 | 790 | Objection of GCCFC 2006-GG7 Westheimer Mall, LLC to the Joint Motion for Approval of Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates |
| Bankruptcy 07-11448 | 10/19/07 | 791 | Limited Objection to Joint Motion for Approval of Agreement to Transfer Interests and Assets for the Benefit of the Bankruptcy Estates filed by LeClairRyan on behalf of IPofA West Oaks Mall, LP, IPofA West Oaks LeaseCo, LP and IPofA WOM Master LeaseCo, LP |
| Bankruptcy 07-11448 | 10/23/07 | 812 | Amended Memorandum Opinion and Order Granting Motions for Appointment of Chapter 11 Trustee |
| Bankruptcy 07-11448 | 11/19/07 | 866 | Notice of Chapter 11 Trustee's Motion and Chapter 11 Trustee's Motion to Sell Christian Cove Property |
| Bankruptcy 07-11448 | 11/19/07 | 867 | Notice of Chapter 11 Trustee's Motion and Chapter 11 Trustee's Motion to Sell Helicopter |
| Bankruptcy 07-11448 | 11/26/07 | 873 | Motion for an Order (A) Authorizing Chapter 11 Trustee to Pay Necessary Expenses Associated with the Maintenance of Assets Acquired Pursuant to Asset Transfer Agreement and (B) Approving on a Nunc Pro Tunc Basis Certain Expenses Paid on an Emergency Basis |
| Bankruptcy 07-11448 | 11/28/07 | 880 | Motion for an Order (A) Setting Forth Procedure for Chapter 11 Trustee to Sell Certain Assets Acquired Pursuant to Asset Transfer Agreement; and (B) Approving on a Nunc Pro Tunc Basis Certain Sales |
| Bankruptcy 07-11448 | 12/03/07 | 888 | Exhibit C to Chapter 11 Trustee's Motion to Sell Christian Cove Property |

| | | | |
|---|---|---|---|
| Bankruptcy 07-11448 | 12/04/07 | 890 | Supplement to Motion for an Order (A) Authorizing Chapter 11 Trustee to Pay Necessary Expenses Associated with the Maintenance of Assets Acquired Pursuant to Asset Transfer Agreement and (B) Approving on a Nunc Pro Tunc Basis Certain Expenses Paid on an Emergency Basis |
| Bankruptcy 07-11448 | 12/06/07 | 897 | Motion for Order Authorizing the Sale of a Certain Gulfstream II Jet to Threshold Technologies, Inc. Pursuant to 11 U.S.C. §§ 363(b)(1) and 105(a) of the Bankruptcy Code |
| Bankruptcy 07-11448 | 12/07/07 | 899 | Order Granting Motion to Sell Christian Cove Property and Granting Related Relief. |
| Bankruptcy 07-11448 | 12/07/07 | 900 | Order Granting Motion Authorizing the Sale of a Certain Helicopter. |
| Bankruptcy 07-11448 | | Attached hereto as Exhibit B | Committee's Exhibit 2 from 10/23/07 hearing: Edward H. Okun and Simone Bolani Statement of Financial Condition, with Exhibits |
| Bankruptcy 07-11448 | | Attached hereto as Exhibit C | Committee's Exhibit 3 from 10/23/07 hearing: Email from E. Okun to A. Kadish, Esq. dated October 12, 2007, enclosing signed Agreement |
| Bankruptcy 07-11448 | | Attached hereto as Exhibit D | US Trustee's Exhibit 2 from 10/23/07 hearing: Email from A. Kadish, Esq. to M. Seese, enclosing revised page 13 of Agreement |
| Bankruptcy 07-11448 | | Attached hereto as Exhibit E | US Trustee's Exhibit 3 from 10/23/07 hearing: Copy of October 22, 2007 Order of the Supreme Court of the State of New York, County of New York, in *Cordell Consultants Inc. Money Purchase Plan, et al. v. Okun, et al.* |

408229.3

| | | | |
|---|---|---|---|
| Bankruptcy 07-11448 Adv. Pro. 07-03069 | 11/05/07 | 28 | Stipulation and Order Extending Deadlines Relating to Order Approving Agreement to Transfer and Assets for the Benefit of Bankruptcy Estates |
| Bankruptcy 07-13621 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – Investment Properties of America, LLC |
| Bankruptcy 07-13622 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – IPofA 5201 Lender, LLC |
| Bankruptcy 07-13623 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – IPofA Columbus Works LeaseCo, LLC |
| Bankruptcy 07-13624 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – IPofA Shreveport Industrial Park, LLC |
| Bankruptcy 07-13625 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – IPofA West 86th Street LeaseCo, LLC |
| Bankruptcy 07-13626 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – 100 Corporate Drive, LLC |
| Bankruptcy 07-13627 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – Crossroads Miami Logistics Center, LLC |
| Bankruptcy 07-13628 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – CW Acquisition, LLC |
| Bankruptcy 07-13629 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – Simone Condo I, LLC |
| Bankruptcy 07-13630 | 11/15/07 | 1 | Voluntary Petition (Chapter 11) – Simone Condo II, LLC |
| Bankruptcy 07-13798 | 11/30/07 | 1 | Voluntary Petition (Chapter 11) – Parkway Virginia Trust |
| Bankruptcy 07-13799 | 11/30/07 | 1 | Voluntary Petition (Chapter 11) – Columbus Works Virginia Trust |

Dated:   December 10, 2007                Respectfully submitted,

                                                  GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

By:    /s/ David J. Eiseman
      David J. Eiseman, Esq. (DE 4584)

437 Madison Avenue
New York, New York 10022
(212) 907-7300

-- and --

JOHNSON POPE BOKOR RUPPEL &
BURNS LLP

By:   /s/ Michael C. Markham
      Michael C. Markham, Esq.

911 Chestnut Street
Clearwater, FL 33756
(727) 461-1818

*Attorneys for Gerard A. McHale, Jr.,
Chapter 11 Trustee for Appellees-Debtors in
In re The 1031 Tax Group, LLC, et al.*

408229.3