UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07-cv-11342 (NRB)

CORDELL FUNDING, LLLP and CORDELL
CONSULTANTS INC., MONEY PURCHASE
PLAN, a Qualified Retirement Plan Trust,

         Appellants,

v.

THE 1031 TAX GROUP, LLC; 1031 ADVANCE 132
LLC; 1031 ADVANCE, INC.; 1031 TG OAK
HARBOR LLC; AEC EXCHANGE COMPANY,
LLC; ATLANTIC EXCHANGE COMPANY, INC.;
ATLANTIC EXCHANGE COMPANY, LLC;
EXCHANGE MANAGEMENT, LLC;
INVESTMENT EXCHANGE GROUP, LLC;
NATIONAL EXCHANGE ACCOMODATORS,
LLC; NATIONAL EXCHANGE SERVICES QI,
LTD; NATIONAL INTERMEDIARY, LTD; NRC
1031, LLC; REAL ESTATE EXCHANGE
SERVICES, INC.; RUTHERFORD INVESTMENT
LLC; SECURITY 1031 SERVICES, LLC;
SHAMROCK HOLDINGS GROUP, LLC; and
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS,

         Appellees.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/08

## STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE

WHEREAS, on November 19, 2007, appellants Cordell Funding, LLLP and Cordell

Consultants, Inc., Money Purchase Plan, a Qualified Retirement Plan Trust (together "Cordell")

filed the Notice of Appeal of Order Approving Agreement to Transfer Interests and Assets for

the Benefit of Bankruptcy Estates (the "Notice of Appeal"), appealing the Order Approving

Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates entered on

October 26, 2007, which granted the Joint Motion for Approval of Agreement to Transfer

101958838

Interests and Assets for the Benefit of Bankruptcy Estates and approving and authorizing Gerard A. McHale, Jr., the Chapter 11 trustee (the "Trustee") to enter into, and effectuate, the Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates dated as of October 11, 2007.

WHEREAS, on November 29, 2007, Cordell filed the Statement of Issues and Designation of Items to be Included in Record on Appeal.

WHEREAS, on December 10, 2007, The 1031 Tax Group, LLC; 1031 Advance 132 LLC; 1031 Advance, Inc.; 1031 TG Oak Harbor LLC; AEC Exchange Company, LLC; Atlantic Exchange Company, Inc., Atlantic Exchange Company, LLC; Exchange Management, LLC; Investment Exchange Group, LLC; National Exchange Accomodators, LLC; National Exchange Services QI, Ltd.; National Intermediary, Ltd.; NRC 1031, LLC; Real Estate Exchange Services, Inc.; Rutherford Investment LLC; Security 1031 Services, LLC; and Shamrock Holdings Group, LLC (the "Appellees") by and through counsel for the Trustee filed their Designation of Additional Items to be Included in Record on Appeal.

WHEREAS, on December 18, 2007, the appeal was entered on the docket of this Court.

WHEREAS, the deadline for Cordell to file its brief is presently January 31, 2008, the deadline for the Appellees to file their brief is presently February 28, 2008, and the deadline for Cordell to file the reply brief is presently March 14, 2008.

WHEREAS, the parties have determined that they need additional time to prepare the briefs because they are engaged in settlement discussions.

Cordell and the Appellees hereby AGREE, STIPULATE AND CONSENT TO AS FOLLOWS:

1. The deadline for Cordell to file and serve its brief is extended through and including Friday, February 29, 2008.

2. The deadline for Appellees to file and serve their brief is extended through and including Friday, March 28, 2008.

3. The deadline for Cordell to file and serve its reply brief is extended through and including Monday, April 14, 2008.

4. This Stipulation may be executed in counterparts and by facsimile with the original signatures to be provided as soon as practicable thereafter.

Dated: January 30, 2008

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

_signature_

David J. Eiseman (DE 4584)
Jonathan L. Flaxer (JF 7096)
Stacy H. Schneider (SS 7604)
437 Madison Avenue
New York, new York 10022
Tel: (212) 907-7352
Fax: (212) 754-0330
Counsel for Gerard A. McHale, Jr.,
Chapter 11 Trustee

BAKER & HOSTETLER LLP

_signature_

Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
45 Rockefeller Center
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Attorneys for Defendant
Cordell Funding, LLLP

SO ORDERED:

Dated: New York, New York
January 30, 2008

_signature_

UNITED STATES DISTRICT JUDGE
for Judge Buchwald