UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORDELL FUNDING, LLLP and CORDELL
CONSULTANTS INC., MONEY PURCHASE
PLAN, a Qualified Retirement Plan Trust,

    Appellants,

v.

THE 1031 TAX GROUP, LLC; 1031 ADVANCE 132
LLC; 1031 ADVANCE, INC.; 1031 TG OAK
HARBOR LLC; AEC EXCHANGE COMPANY,
LLC; ATLANTIC EXCHANGE COMPANY, INC.;
ATLANTIC EXCHANGE COMPANY, LLC;
EXCHANGE MANAGEMENT, LLC;
INVESTMENT EXCHANGE GROUP, LLC;
NATIONAL EXCHANGE ACCOMODATORS,
LLC; NATIONAL EXCHANGE SERVICES QI,
LTD; NATIONAL INTERMEDIARY, LTD; NRC
1031, LLC; REAL ESTATE EXCHANGE
SERVICES, INC.; RUTHERFORD INVESTMENT
LLC; SECURITY 1031 SERVICES, LLC;
SHAMROCK HOLDINGS GROUP, LLC; and
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS,

    Appellees.

Case No. 07-cv-11342 (NRB)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

## STIPULATION AND ORDER FURTHER AMENDING
## BRIEFING SCHEDULE

    WHEREAS, on November 19, 2007, appellants Cordell Funding, LLLP and Cordell Consultants, Inc., Money Purchase Plan, a Qualified Retirement Plan Trust (together "Cordell") filed the Notice of Appeal of Order Approving Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates (the "Notice of Appeal"), appealing the Order Approving Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates entered on October 26, 2007, which granted the Joint Motion for Approval of Agreement to Transfer

102063392

Interests and Assets for the Benefit of Bankruptcy Estates and approving and authorizing Gerard A. McHale, Jr., the Chapter 11 trustee (the "Trustee") to enter into, and effectuate, the Agreement to Transfer Interests and Assets for the Benefit of Bankruptcy Estates dated as of October 11, 2007.

WHEREAS, on November 29, 2007, Cordell filed the Statement of Issues and Designation of Items to be Included in Record on Appeal.

WHEREAS, on December 10, 2007, The 1031 Tax Group, LLC; 1031 Advance 132 LLC; 1031 Advance, Inc.; 1031 TG Oak Harbor LLC; AEC Exchange Company, LLC; Atlantic Exchange Company, Inc., Atlantic Exchange Company, LLC; Exchange Management, LLC; Investment Exchange Group, LLC; National Exchange Accomodators, LLC; National Exchange Services QI, Ltd.; National Intermediary, Ltd.; NRC 1031, LLC; Real Estate Exchange Services, Inc.; Rutherford Investment LLC; Security 1031 Services, LLC; and Shamrock Holdings Group, LLC (the "Debtors") by and through counsel for the Trustee filed their Designation of Additional Items to be Included in Record on Appeal.

WHEREAS, on December 18, 2007, the appeal was entered on the docket of this Court.

WHEREAS, the Debtors and the Official Committee of Unsecured Creditors of the Debtors' estates (the "Committee") are appellees to this appeal (collectively, the "Appellees").

WHEREAS, the deadline for Cordell to file its brief is presently February 29, 2008, the deadline for the Debtors to file their brief is presently March 28, 2008, and the deadline for Cordell to file the reply brief is presently April 14, 2008.

WHEREAS, the parties have determined that they need additional time to prepare the briefs because they are engaged in settlement discussions.

Cordell and the Appellees hereby AGREE, STIPULATE AND CONSENT TO AS

FOLLOWS:

1. The deadline for Cordell to file and serve its brief is extended through and including Friday, March 21, 2008.

2. The deadline for Appellees to file and serve their brief is extended through and including Monday, April 21, 2008.

3. The deadline for Cordell to file and serve its reply brief is extended through and including Monday, May 5, 2008.

4. This Stipulation may be executed in counterparts and by facsimile with the original signatures to be provided as soon as practicable thereafter.

5. All parties reserve all rights with respect to this appeal.

Dated: February 14, 2008

| | |
|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | BAKER & HOSTETLER LLP |
| */s/ David J. Eiseman* | */s/ Douglas E. Spelfogel* |
| David J. Eiseman (DE 4584) | Douglas E. Spelfogel (DS 7097) |
| Jonathan L. Flaxer (JF) 7096) | Richard J. Bernard (RB 6371) |
| Stacy H. Schneider (SS 7604) | Elyssa S. Kates (EK 8439) |
| 437 Madison Avenue | 45 Rockefeller Center |
| New York, new York 10022 | New York, New York 10111 |
| Tel: (212) 907-7352 | Tel: (212) 589-4200 |
| Fax: (212) 754-0330 | Fax: (212) 589-4201 |
| Attorneys for Gerard A. McHale, Jr., Chapter 11 Trustee | Attorneys for Defendant Cordell Funding, LLLP |

GREENBERG TRAURIG, LLP

*/s/ Melanie L. Cyganowski*

Melanie L. Cyganowski (MC 7500)
Allen G. Kadish (AK 8655)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
Attorneys for the Official Committee of
Unsecured Creditors of The 1031 Tax Group
Debtors, LLC

SO ORDERED:

Dated: New York, New York
       February 22, 2008

*/s/ Naomi Reice Buchwald*
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2008

| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | BAKER & HOSTETLER LLP |
|---|---|
| David J. Eiseman (DE 4584)<br>Jonathan L. Flaxer (JF) 7096)<br>Stacy H. Schneider (SS 7604)<br>437 Madison Avenue<br>New York, new York 10022<br>Tel: (212) 907-7352<br>Fax: (212) 754-0330<br>Attorneys for Gerard A. McHale, Jr.,<br>Chapter 11 Trustee | Douglas E. Spelfogel (DS 7097)<br>Richard J. Bernard (RB 6371)<br>Elyssa S. Kates (EK 8439)<br>45 Rockefeller Center<br>New York, New York 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br>Attorneys for ~~Defendant~~ /Appellant<br>Cordell Funding, LLLP |

GREENBERG TRAURIG, LLP

*[signature]*

Melanie L. Cyganowski (MC 7500)
Allen G. Kadish (AK 8655)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
Attorneys for the Official Committee of
Unsecured Creditors of The 1031 Tax Group
Debtors, LLC

SO ORDERED:

Dated: New York, New York
February ___, 2008

_____
UNITED STATES DISTRICT JUDGE