BAKER & HOSTETLER LLP
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
45 Rockefeller Plaza
New York, NY  10111
Telephone:   (212) 589-4200
Facsimile:    (212) 589-4201

Attorneys for Appellants
Cordell Funding, LLLP and Cordell Consultants,
Inc., Money Purchase Plan, a Qualified Retirement
Plan Trust

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORDELL FUNDING, LLLP et al., | Case No. 07-cv-11342 (NRB) |
| Appellants, | |
| -against- | |
| THE 1031 TAX GROUP, LLC et al., | |
| Appellees. | |

**CORDELL FUNDING, LLLP AND CORDELL CONSULTANTS, INC., MONEY PURCHASE PLAN, A QUALIFIED RETIREMENT PLAN TRUST'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL CIVIL RULE 1.9**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 1.9 and to enable Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for Cordell Funding, LLLP ("Cordell Funding") and Cordell Consultants, Inc., Money Purchase Plan, A Qualified Retirement Plan Trust ("Cordell Retirement") (private non-governmental parties) certifies upon information and belief that there are no parents, subsidiaries, affiliates or other interests which are publicly held that directly or indirectly own 10% or more of either Cordell Funding or Cordell Requirement.

| | |
|---|---|
| Dated:   June 3, 2008 | Respectfully submitted, |

/s/ Richard J. Bernard
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY  10111
Tel: (212) 589-4200
Fax: (212) 589-4201

Attorneys for Appellants
Cordell Funding, LLLP and Cordell
Consultants, Inc., Money Purchase Plan, a
Qualified Retirement Plan Trust
