UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORDELL FUNDING, LLLP and CORDELL CONSULTANTS, INC., MONEY PURCHASE PLAN, A QUALIFIED RETIREMENT PLAN TRUST,<br><br>           Appellants,<br><br>         - vs. -<br><br>THE 1031 TAX GROUP, LLC; 1031 ADVANCE 132 LLC; 1031 ADVANCE, INC.; 1031 TG OAK HARBOR LLC; AEC EXCHANGE COMPANY, LLC; ATLANTIC EXCHANGE COMPANY, INC.; ATLANTIC EXCHANGE COMPANY, LLC; EXCHANGE MANAGEMENT, LLC; INVESTMENT EXCHANGE GROUP, LLC; NATIONAL EXCHANGE ACCOMODATORS, LLC; NATIONAL EXCHANGE SERVICES QI, LTD.; NATIONAL INTERMEDIARY, LTD; NRC 1031, LLC; REAL ESTATE EXCHANGE SERVICES, INC.; RUTHERFORD INVESTMENT LLC; SECURITY 1031 SERVICES, LLC; SHAMROCK HOLDINGS GROUP, LLC; and OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>           Appellees. | Case No. 07-cv-11342 (NRB) |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2008, I caused true copies of Cordell Funding, LLLP and Cordell Consultants Inc., Money Purchase Plan, A Qualified Retirement Plan Trust's Appellant's Brief to be served upon counsel for those parties who are receiving electronic service through ECF and via electronic mail to those parties on the attached Schedule A. I further certify that on June 3, 2008, I caused true copies of the Appellant's Brief to be served by postage prepaid first class mail upon those parties on the attached Schedule B.

                                                /s/ *Elyssa S. Kates*
                                                Elyssa S. Kates

Schedule A

| | | |
|---|---|---|
| Paul Traub, Esq.<br>Norman Kinel, Esq.<br>Steven E. Fox, Esq.<br>**Dreier LLP**<br>499 Park Avenue<br>New York, New York 10022<br>ptraub@dreierllp.com<br>nkinel@dreierllp.com<br>sfox@dreierllp.com<br><br>Attorneys for the Debtors | Thomas J. Weber, Esq.<br>Allen J. Kadish, Esq.<br>**Greenberg Traurig, LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>webert@gtlaw.com<br>kadisha@gtlaw.com<br><br>Attorneys for the Official Committee of Unsecured Creditors | Jonathan L. Flaxer, Esq.<br>David J. Eiseman, Esq.<br>**Golenbock Eiseman Assor Bell & Peskoe LLP**<br>437 Madison Avenue<br>New York, New York 10022<br>jflaxer@golenbock.com<br>deiseman@golenbock.com<br><br>Attorneys for Gerard A. McHale, Jr.<br>Chapter 11 Trustee |

<u>Schedule B</u>

| | | |
|---|---|---|
| Paul Traub, Esq.<br>Norman Kinel, Esq.<br>Steven E. Fox, Esq.<br>**Dreier LLP**<br>499 Park Avenue<br>New York, New York 10022 | Thomas J. Weber, Esq.<br>Allen J. Kadish, Esq.<br>Melanie L. Cyganowski, Esq.<br>**Greenberg Traurig, LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166 | Jonathan L. Flaxer, Esq.<br>David J. Eiseman, Esq.<br>Stacy H. Schneider, Esq.<br>**Golenbock Eiseman Assor Bell & Peskoe LLP**<br>437 Madison Avenue<br>New York, New York 10022 |
| Attorneys for the Debtors | Attorneys for the Official Committee of Unsecured Creditors | Attorneys for Gerard A. McHale, Jr.<br>Chapter 11 Trustee |
| Andrew D. Velez-Rivera, Esq.<br>Greg M. Zipes, Esq.<br>Serene K. Nakano, Esq.<br>The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 | Simone Bolani<br>394 S. Hibiscus Drive<br>Miami Beach, Florida 33139 | Edward Okun<br>394 S. Hibiscus Drive<br>Miami Beach, Florida 33139 |