UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CORDELL FUNDING, LLP and CORDELL CONSULTANTS, INC., MONEY PURCHASE PLAN, A QUALIFIED RETIREMENT PLAN TRUST, | : : : : : : |
| Appellants, | : : |
| - vs. - | : : |
| THE 1031 TAX GROUP, LLC; 1031 ADVANCE 132 LLC; 1031 ADVANCE, INC.; 1031 TG OAK HARBOR LLC; AEC EXCHANGE COMPANY, LLC; ATLANTIC EXCHANGE COMPANY, INC.; ATLANTIC EXCHANGE COMPANY, LLC; EXCHANGE MANAGEMENT, LLC; INVESTMENT EXCHANGE GROUP, LLC; NATIONAL EXCHANGE ACCOMODATOR, LLC; NATIONAL EXCHANGE SERVICES QI, LTD.; NATIONAL INTERMEDIARY, LTD; NRC 1031, LLC; REAL ESTATE EXCHANGE SERVICES, INC.; RUTHERFORD INVESTMENT LLC; SECURITY 1031 SERVICES, LLC; SHAMROCK HOLDINGS GROUP, LLC; and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : : : : : : : : : : : : : : : : : : : |
| Appellees. | : : |

Case No. 07-cv-11342 (NRB)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**Daniel Hyun Yi**, being duly sworn, deposes and says:

    1.    I am over eighteen years of age, am not a party to this action and reside within New York, New York.

430165.1

2. On July 3, 2008, I caused to be served, true and correct copies of the **Appellees' Brief** upon the persons listed on the annexed Schedule A by e-mail at the e-mail address set forth after each of their names and upon the persons listed on the annexed Schedule B by depositing a copy thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service.

_____
Daniel Hyun Yi

Sworn to before me this
3rd day of July 2008

_____
Notary Public

ANTHONY M. VASSALLO
Notary Public, State of New York
No. 02VA6091296
Qualified in Kings County
Commission Expires 11/19/2011

*430165.1*

## SCHEDULE A

Paul Traub, Esq.
Norman Kinel, Esq.
Steven E. Fox, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022
ptraub@dreierllp.com
nkinel@dreierllp.com
sfox@dreierllp.com
*Attorneys for the Debtors*

Douglas E. Spelfogel
Baker & Hostetler LLP
45 Rockefeller Center
New York, New York 10111
dspelfogel@bakerlaw.com
*Attorney for Defendant Cordell Funding, LLLP*

Thomas J. Weber, Esq.
Allen J. Kadish, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
webert@gtlaw.com
kadisha@gtlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

*430165.1*

## SCHEDULE B

Paul Traub, Esq.
Norman Kinel, Esq.
Steven E. Fox, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022
*Attorneys for the Debtors*

Douglas E. Spelfogel
Richard J. Bernard
Elyssa S. Kates
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
*Attorneys for Defendant Cordell Funding, LLLP*

Simone Bolani
394 S. Hibiscus Drive
Miami Beach, Florida 33139

Thomas J. Weber, Esq.
Allen J. Kadish, Esq.
Melanie L. Cyganowski, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
*Attorneys for the Official Committee of Unsecured Creditors*

Andrew D. Velez-Rivera, Esq.
Greg M. Zipes, Esq.
Serene K. Nakano, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Edward Okun
394 S. Hibiscus Drive
Miami Beach, Florida 33139

*430165.1*