UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORDELL FUNDING, LLLP, et al.,                    CASE NO. 07-11342 (NRB)

               Appellants,

              -against-

THE 1031 TAX GROUP, LLC, et al.,

               Appellees.

---

## CERTIFICATE OF SERVICE

       I hereby certify that on July 11, 2008, I caused true copies of Cordell Funding, LLLP and Cordell Consultants Inc., Money Purchase Plan, A Qualified Retirement Plan Trust's Appellants' Reply Brief to be served upon counsel for those parties who are receiving electronic service through ECF and via electronic mail and by Federal Express upon the following:


Allen J. Kadish, Esq.                             Jonathan L. Flaxer, Esq.
**Greenberg Traurig, LLP**                        **Golenbock Eiseman Assor Bell & Peskoe LLP**
MetLife Building                                  437 Madison Avenue
200 Park Avenue                                   New York, New York 10022
New York, New York 10166

kadisha@gtlaw.com                                 jflaxer@golenbock.com


                                                  /s/ *Frederic Gravenson*
                                                  Frederic Gravenson